## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ZIAD ZAHRAN,                                                    Civil No. 08-438 PAM/JSM

        Plaintiff,

       v.                                              **ORDER OF DISMISSAL**

DENISE FRAZIER, et al.,

        Defendants.

---

Based on the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter it is hereby **DISMISSED with prejudice** on the merits without further cost to either party.

Dated:  January 21, 2009

                        *s/Paul A. Magnuson*
                        Paul A. Magnuson
                        United States District Court Judge